UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDALL HALL,

   Petitioner,

v.                                             Case No. 3:21cv522-MCR-HTC

CHAD POPPELL SECRETARY of the
 FLORIDA DEPARTMENT OF
 CHILDREN AND FAMILIES,

   Respondent.
_____/

**ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 4, 2021 (ECF No. 27). Petitioner was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed Objections to the Magistrate's Report and Recommendation on November 15, 2021 (ECF No. 28).

Having considered the Report and Recommendation, and Petitioner's objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. Plaintiff's Petition for Writ of Habeas Corpus, ECF No. 1, is DENIED without an evidentiary hearing. A certificate of appealability is DENIED.

2. Plaintiff's Motions for Judgment or Ruling, ECF Nos. 37 and 39, are DENIED as moot.

3. The clerk is directed to close this file.

**DONE AND ORDERED** this 9th day of June 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**