UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WENDALL HALL,

    Petitioner,

v.                                  Case No. 3:21cv522-MCR-HTC

CHAD POPPELL SECRETARY of the
 FLORIDA DEPARTMENT OF
 CHILDREN AND FAMILIES,

    Respondent.
_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation dated May 20, 2025. ECF No. 64. Plaintiff was provided a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Report and Recommendation, Doc. 64, is adopted and incorporated herein.

2. Plaintiff's Petition for Writ of Habeas Corpus, ECF No. 1, is DENIED without an evidentiary hearing. A certificate of appealability is DENIED.

3. All pending motions are denied as moot.

4. The clerk is directed to close this file.

**DONE AND ORDERED** this 21st day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**